**IN THE UNITED STATES DISTRICT COURT**
**OF THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **VENADIUM LLC** | § | |
| | § | |
| **VS.** | § | No. 5:16cv121-RWS-CMC |
| | § | |
| **SPOTIFY USA, INC.** | § | |

## ORDER OF DISMISSAL

In accordance with Plaintiff's Notice of Dismissal With Prejudice (Doc. No. 9) pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), it is hereby **ORDERED, ADJUDGED, and DECREED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs, expenses, and attorneys' fees.

All relief not previously granted is hereby **DENIED**.

The Clerk of the Court is directed to **CLOSE** the case.

**It is SO ORDERED.**

**SIGNED this 9th day of December, 2016.**

*Robert W Schroeder III*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE